**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2302-22

STATE FARM INDEMNITY
COMPANY a/s/o SHIRLEY
WELDON,

     Plaintiff-Respondent,

v.

ANGELA M. CATALFAMO,

     Defendant/Third-Party
     Plaintiff-Appellant,

v.

JUSTIN N. GONZALEZ,

     Third-Party Defendant-
     Respondent.

_____

     Argued April 16, 2023 – Decided April 23, 2024

     Before Judges Gooden Brown and Bergman.

     On appeal from the Superior Court of New Jersey, Law
     Division, Middlesex County, Docket No. L-4374-21.

Matthew E. Kennedy argued the cause for appellant (Leary, Bride, Mergner & Bongiovanni, PA, attorneys; Matthew E. Kennedy, of counsel and on the brief).

Mark S. Hockman argued the cause for respondent State Farm Indemnity Company a/s/o Shirley Weldon (Law Offices of Stephen E. Gertler, attorneys; Mark S. Hockman, on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2